IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALLEN LOVELACE,** | ) | CASE NO. 8:05CV312 |
| **Plaintiff,** | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **OLSEN DODGE, INC., AND LAWRENCE OLSEN,** | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss with Prejudice (Filing No. 4). The motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i). Accordingly,

IT IS ORDERED:

1) The Motion to Dismiss with Prejudice (Filing No. 4) is granted;

2) The Complaint is dismissed with prejudice; and

3) Each party will pay its own costs and attorneys' fees.

DATED this 22nd day of July, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge